UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. SLACK,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　　　Defendant. | CASE NO. CV 09-04819 RZ<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE |

　　　　　On December 17, 2009, the Court granted the stipulation of the parties to extend the scheduling dates of the Court's Management Order. The filing of Plaintiff's Memorandum in Support of Plaintiff's Complaint was continued to January 10, 2010. The docket sheet shows that, as late as the date of this Order, Plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint. Plaintiff has failed to comply with the Court's order.

　　　　　Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, Plaintiff shall show cause in writing why this action should not be dismissed. If Plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal. The filing of a Plaintiff's Memorandum in Support of Complaint within 20 days, shall discharge the order to show cause.

1   IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2   this Order on the attorneys for all parties appearing in this action.

4   DATED: January 22, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE